UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

MICHAEL J. PATTERSON,                      NOT FOR PUBLICATION

                        Plaintiff,            MEMORANDUM AND ORDER

          -against-                      18-CV-4271 (ENV) (LB)

HHC/FED/STATE/CO./LOCAL HEALTH,
MENTAL HEALTH, any product, program, or
services funded from federal level, Head of Dept.
of HHS,

                 Defendants.

-------------------------------------------------------- x

MICHAEL JEROME PATTERSON,

                        Plaintiff,

          -against-                      18-CV-4366 (ENV) (LB)

ADA, DOE, VA, SOCIAL SECURITY, DOT,
HHS, IRS, 120 LINE PROGRAMS INCLUSIVE,
DEPARTMENT OF TREASURY, DOJ,
IMMIGRATION AND NATURALIZATION,
HUD, EPA ,

                 Defendants.

-------------------------------------------------------- x

VITALIANO, D.J.

      Plaintiff Michael J. Patterson filed these *pro se* actions on July 25 and 27, 2018,

respectively, and moved to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915. By Order,

dated August 9, 2018 and entered August 23, 2018, the Court granted plaintiff's requests to

proceed *in forma pauperis*, dismissed both complaints for failure to meet the pleading standard

under Rule 8, and granted plaintiff leave to submit amended complaints within 30 days from the

entry of the Order. Over 30 days have passed, but plaintiff has not filed any amended complaint

1

nor sought to extend his time to do so.

Conclusion

Accordingly, these actions are hereby dismissed.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal would not be taken in good faith and, therefore, *in forma pauperis* status is denied for purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of Court is directed to mail a copy of this Memorandum and Order to plaintiff, to enter judgment accordingly, and to close this case.

So Ordered.

Dated: Brooklyn, New York

October 7, 2018

/s/ USDJ ERIC N. VITALIANO

_____

ERIC N. VITALIANO

United States District Judge